UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ04-M-260 JLA

UNITED STATES OF AMERICA

V.

OLEKSIY SHARAPKA

ORDER OF TEMPORARY
DETENTION PENDING HEARING
<u>PURSUANT TO BAIL REFORM ACT</u>
December 9, 2004

ALEXANDER, U.S.M.J.

The parties appeared before the Court on this date for an initial appearance. The Government was represented by Assistant United States Attorney Allison Burroughs and the defendant was represented by attorney George Gormley. In that the defendant is faced with an outstanding arrest warrant from the District of Georgia, the defendant is hereby TEMPORARILY DETAINED pursuant to 18 U.S.C. 3142(d). Upon motion of the government and the defendant, it is ORDERED that a detention hearing is set for Monday, December 20, 2004 at 3:00 PM before Magistrate Judge Alexander in Courtroom # 24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

SO ORDERED.

/S/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE