## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-MJ-00260-JLA |
| | ) | |
| v. | ) | |
| | ) | |
| OLEKSIY SHARAPKA | ) | |
| | ) | |
| | ) | |

## MOTION TO CONTINUE ARRAIGNMENT

Now comes OLEKSIY SHARAPKA, defendant herein, and requests this Court continue the arraignment currently set for Thursday, January 6, 2005 at 2:30 p.m. to Wednesday, January 12, 2005 at 10:15 a.m. or such other time convenient to the Court and interested parties.

The government does not oppose this request.

I certify that [illegible]
document [illegible] above
attorn[illegible]
par[illegible] other
state[illegible] the date

_____

Respectfully submitted,
**OLEKSIY SHARAPKA,**
By his attorney,

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

**Dated:** [illegible handwritten]