UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) CRIMINAL NO. 05 - 10004 - PBS
)
v. ) VIOLATIONS:
)   18 U.S.C. §1029(a)(3)
OLEKSIY SHARAPKA, )   Possession, with Intent to
    a/k/a, Andrew Schwamkoff )   Defraud, Fifteen or More
    a/k/a, Alexis Llanos )   Access Devices
    a/k/a, Deniss Bobrovski )


## INDICTMENT


### COUNT ONE

(18 U.S.C. § 1029(a)(3) -
Possession, with Intent to Defraud,
Fifteen or More Access Devices)

The Grand Jury charges that:

On or about November 5, 2004, at Boston, in the District of

Massachusetts, and elsewhere, the Defendant

OLEKSIY SHARAPKA, a/k/a, Andrew Schwamkoff,
a/k/a, Alexis Llanos, a/k/a, Deniss Bobrovski

did knowingly and with intent to defraud possess at least fifteen

devices which are counterfeit, and unauthorized access devices,

affecting interstate and foreign commerce, in violation of Title

18, United States Code, Section 1029(a)(3).

<u>**A TRUE BILL**</u>

_____
Foreperson of the Grand Jury

_____
Jeffrey Auerbahn
Allison D. Burroughs
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk          12 05 P

℀JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Massachusetts          **Category No.**  II  *ok*  *(?)*  .    **Investigating Agency**  FBI

**City**    Boston                            **Related Case Information:**

**County**    Suffolk                         Superseding Ind./ Inf. _____   Case No. _____
                                              Same Defendant _____  New Defendant _____
                                              Magistrate Judge Case Number    04-MJ-00260-JLA
                                              Search Warrant Case Number    04-MJ-00259-JLA
                                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Oleksiy Sharapka                          Juvenile  [ ] Yes   [X] No

Alias Name    Andrew Schwamkoff, Alexis Llanos, Deniss Bobrovski

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Allison Burroughs/Jeff Auerhahn          **Bar Number if applicable** _____

**Interpreter:**    [ ] Yes  [X] No          **List language and/or dialect:** _____

**Matter to be SEALED:**    [ ] Yes   [X] No

          [ ] **Warrant Requested**        [ ] **Regular Process**        [X] **In Custody**

**Location Status:**

**Arrest Date:**    12/9/2004

[x] **Already in Federal Custody as**   Pre-Trial Detainee    **in** _____ .
[ ] **Already in State Custody** _____  [ ] **Serving Sentence**  [ ] **Awaiting Trial**
[ ] **On Pretrial Release:**   **Ordered by** _____  **on**

**Charging Document:**    [ ] Complaint        [ ] Information        [X] Indictment

**Total # of Counts:**    [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:** _1/6/0 1_          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Oleksiy Sharapka _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1029(a)(3) | Possession w/Intent to Defraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: