AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Mass.

**APPEARANCE**

Case Number: 05-10004-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oleksiy Sharapka

I certify that I am admitted to practice in this court.

January 6, 2005
Date

Filed In Open Court
B.S.
1-6-05

Christie M. Charles
Signature

Christie M. Charles    646995
Print Name              Bar Number

655 Summer Street
Address

Boston          MA          02210
City            State       Zip Code

617.478.2750 / 617-478-2755
Phone Number         Fax Number