UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

_Oleksiy Sharapka_

CRIMINAL NO. _05-10004_ PBS

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Oleksiy Sharapka_

[✓]  states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ]  waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.*

_Jan. 6, 2005_
Date

_Christie M. Charles_
Attorney for the Defendant