UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. CR05-10004 PBS

UNITED STATES OF AMERICA

V.

OLEKSIY SHARAPKA
a/k/a Andrew Schwakkoff
a/k/a Alexis Llanos
a/k/a Deniss Bobrovski

ORDER ON
DETENTION and ARRAIGNMNET
January 6, 2005

ALEXANDER, U.S.M.J.

On November 15, 2004, this Court issued an arrest warrant on a complaint charging the above named defendant with 18 U.S.C. 1029(a)(3), possession with intent to defraud. The defendant appeared in this Court for an initial appearance on December 9, 2004, and subsequently on December 20, 2004, and January 6, 2005 for preliminary examination and detention hearings. The government was represented by Assistant United States Attorney Allison Burroughs and the defendant was represented by attorney George Gormley and co-counsel Christine M. Charles.

In that an indictment was returned and thus probable cause established, the defendant waived the hearing on Preliminary Examination and an arraignment was held. The defendant waived his right to a detention hearing and consented to an order of detention. This Court hereby DETAINS the defendant pursuant to 18 U.S.C. §3142 (e)

and remands the defendant to the custody of the United States Marshal pending trial.

    SO ORDERED.

                     /S/ Joyce London Alexander        
                     UNITED STATES MAGISTRATE JUDGE