UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 05-10004-PBS |
| ) | |
| OLEKSIY SHARAPKA ) | |

JOINT MOTION TO CONTINUE INITIAL STATUS CONFERENCE
AND FOR ORDER OF EXCLUDABLE DELAY

As stated in Court on this date, counsel for the Defendant and for the United States seek to continue the initial status conference until March 7, 2005, at 3:30 PM to allow the parties additional time to attempt to avoid the necessity of prolonged pretrial litigation and a trial in this matter.  The parties agree that the period of this continuance should be excluded from calculation under the Speedy Trial Act.

Wherefore, the parties request that the Court schedule this matter for an initial status conference on March 7, 2005 at 3:30 PM.  The parties further request that, pursuant to 18 U.S.C. §3161(h)(8), the period of the delay be excluded from calculation under the Speedy Trial Act.

Respectfully submitted,

| For the Defendant: | For the United States: |
|---|---|
| OLEKSIY SHARAPKA | MICHAEL J. SULLIVAN |
| Defendant | United States Attorney |
| | |
| /s/ Christie M. Charles, Esq. By: | /s/ Jeffrey Auerhahn |
| GEORGE GORMLEY, Esq. | SETH BERMAN |
| CHRISTIE M. CHARLES, Esq. | ALLISON BURROUGHS |
| Counsel for Oleksiy Sharapka | JEFFREY AUERHAHN |
| | Assistant U.S. Attorney |
| | |
| Dated: February 10, 2005 | Dated:   February 10, 2005 |