UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-cr-10004 PBS |
| | ) | |
| OLEKSIY SHARAPKA | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves this Court to enter

an appearance for Seth P. Berman as attorney for the United States.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

DATED:    February 22, 2005

<u>CERTIFICATE OF SERVICE</u>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 22nd day of February, 2005.

<u>/s/ Seth Berman</u>
SETH BERMAN
Assistant U.S. Attorney