UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10004 PBS

OLEKSIY SHARAPKA
  Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On March 7, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery is to be determined;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be determined;

5. The applicable periods of excludable delay under the Speedy Trial Act include: January 6, 2005, through February 3, 2005 (28 days) and February 3, 2005, through March 7, 2005 (32 days), for a total of sixty (60) days as of March 7, 2005. The Parties made oral motion to continue the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of March 7, 2005;

6. Trial is yet to be determined. The duration of the trial is yet to be determined;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

     A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **2:30 p.m.** on **April 13, 2005,** in Courtroom 24, 7th floor.

                              HONORABLE JOYCE LONDON ALEXANDER
                              U.S. MAGISTRATE JUDGE

                              By the Court:

March 7, 2005                    /S/ Rex Brown
Date                                  Courtroom Clerk
                                  (617) 748-9238