UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-cr-10004 PBS |
| ) | |
| OLEKSIY SHARAPKA ) | |
|     Defendant. ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

    The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on January 6, 2005 and ending on April 13, 2005. As grounds therefor, the government states that the parties need this additional time to discuss matters related to this case.

    Defendant, through his counsel George Gormley, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

    Respectfully Submitted,

    MICHAEL J. SULLIVAN
    United States Attorney
    By:

    /s/ Seth P. Berman
    SETH P. BERMAN
    Assistant U.S. Attorney
    (617) 748-3385

March 7, 2005

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

     I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 7th day of March, 2005.

                         /s/ Seth Berman
                         SETH BERMAN
                         Assistant U.S. Attorney