# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

          **V.**                      **CRIMINAL NO. CR05-10004 PBS**

**OLEKSIY SHARAPKA**

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from: **1/6/05** until **4/13/05** for the reason checked below.

| | |
|---|---|
| 4/1/05 | /S/ Joyce London Alexander |
| Date | U.S. Magistrate Judge |

REFER TO DOCUMENT(S) # 13

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(04cr10004  O-EX DLY-SHARAPKA.wpd - 01/93)                [koexcl.]