UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO. 05-10004-PBS** |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| **OLEKSIY SHARAPKA** ) | |
| ) | |

**MOTION TO WITHDRAW APPEARANCE**

Now comes OLEKSIY SHARAPKA, defendant herein, and requests this Court allow the undersigned to withdraw his appearance on behalf of the defendant.

As grounds for his request, the undersigned says that Francisco Fernandez, Esq. has recently filed an appearance on behalf of the defendant.

                                                Respectfully submitted,
                                                **OLEKSIY SHARAPKA,**
                                                By his attorney,

                                                /s George F. Gormley
                                                _____
                                                George F. Gormley
                                                *George F. Gormley, P.C.*
                                                655 Summer Street
                                                Boston, MA 02210
                                                (617) 478-2750
                                                BBO No. 204140

**Dated:** August 3, 2005