UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  05-10004-PBS |
| v. | |
| OLEKSIY SHARAPKA | |

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                          August 4, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **Wednesday, August 10, 2005**, at **9:30 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                              By the Court,

                              _/s/ Robert C. Alba_
                              Deputy Clerk

Copies to:  All Counsel