UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 05-10004-PBS |
| v. | |
| OLEKSIY SHARAPKA | |

### NOTICE OF RESCHEDULED INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                             August 4, 2005

At the request of counsel, the Initial Pretrial Conference previously scheduled for August 10, 2005, has been **rescheduled** to **August 16, 2005, at 3:30 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc