UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.05-10004-PBS |
| ) | |
| OLEKSIY SHARAPKA ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

Kindly enter the appearance of R. Bradford Bailey for the Defendant, Oleksiy Sharapka, in the above-captioned matter.

| | |
|---|---|
| Dated: August 12, 2005 | Respectfully submitted, |
| | Oleksiy Sharapka, |
| | By his attorney, |
| | |
| | */s/ Brad Bailey* |
| | R. Bradford Bailey |
| | Denner O'Malley LLP |
| | Four Longfellow Place, 35th Floor |
| | Boston, MA  02114 |
| | (617) 227-2800 |