UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.05-10004-PBS |
| | ) | |
| OLEKSIY SHARAPKA | ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

Kindly enter the appearance of R. Bradford Bailey for the Defendant, Oleksiy Sharapka, in the above-captioned matter.

Dated: August 12, 2005

Respectfully submitted,
Oleksiy Sharapka,
By his attorney,

*/s/ Brad Bailey*
R. Bradford Bailey
Denner O'Malley LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800