UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

              CRIMINAL ACTION
              NO. 05-10004-PBS

v.

OLEKSIY SHARAPKA

## NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                 November 3, 2005

      The Rule11 Hearing previously scheduled for November 10, 2005, has been **rescheduled** to **November 15, at 4:30 p.m.**

                                                      By the Court,

                                                        _/s/ Robert C. Alba_
                                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc