UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-cr-10004 PBS |
| | ) | |
| OLEKSIY SHARAPKA | ) | |
| Defendant. | ) | |

## GOVERNMENT'S WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief.  The government reserves the right to add additional witnesses prior to trial:

1. Detective Steve Blair
   Boston Police Department

2. Detective Eric Krauss
   Boston Police Department

3. Special Agent Angelo Rinchiuso
   Federal Bureau of Investigation, Boston, MA

4. Special Agent Edward Bradstreet
   United Secret Service, Boston, MA

5. Special Agent Benedict Murray
   United Secret Service, Atlanta, GA

6. Postal Inspector Paul Chisolm
   United States Postal Inspectors, Boston, MA

7. Postal Inspector Jessica Wagner
   United States Postal Inspectors, Atlanta, GA

8. Alexis Llanos
   Bagamon, Puerto Rico

9. Andrew Schwankoff
   Largo, Florida

10.     Francis Swift
        Jupiter, Florida

11.     Archie Donahue
        Altoona, Florida

12.     Waymon McMackin
        Sherman, Texas

13.     Robert Brody
        Westin, Massachusetts

14.     Gary Stanley
        Bethesda, Maryland

15.     Joe Nazari
        UPS Store, Boston, Massachusetts (formerly of Mail Boxes Etc.)

16.     Keeper of the Records for Wells Fargo

17.     Keeper of the Records for Citizens Bank

18.     Keeper of the Records for Citibank

19.     Keeper of the Records for Guaranty Bank

20.     Keeper of the Records for US Bank

21.     Keeper of the Records for MBNA

22.     Keeper of the Records for Bank North

23.     Keeper of the Records for Branch Banking and Trust

24.     Keeper of the Records for Bank of America

25.     Keeper of the Records for American Express

26.     Keeper of Records for Mail Boxes Etc.

27.     Keeper of Records for Airborne Express

28.     Keeper of Records for FEDEX

29.     Keeper of the Records for UPS

30.    Keeper of the Records for HPShopping

31.    Keeper of the Records for Amazon

32.    Keeper of the Records for Neiman Marcus

33.    Keeper of the Records for Dell Computers

34.    Keeper of the Records for the Massachusetts Registry of Motor Vehicles

35.    Keeper of the Records for the Texas Department of Public Safety

36.    Keeper of the Records for the Michigan Department of State

37.    Keeper of the Records for the Arizona Department of Transportation

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Seth P. Berman
      SETH P. BERMAN
      Assistant U.S. Attorney

Dated:  December 2, 2005