UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | Crim. No. 05-cr-10004 PBS |
| ) | |
| OLEKSIY SHARAPKA         ) | |
|     Defendant.              ) | |

GOVERNMENT'S PROPOSED EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby submits this Second Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

1.   Package Given to Sharapka by Heath Kennedy

2.   Envelope with Money Recovered from Heath Kennedy

3.   Audio Tape of Oleksiy Sharapka Confession and Consent to Search

4.   DVD of Video of Oleksiy Sharapka Apartment and Statement

5.   Invoice From Dell Regarding Shipment of Cybershot Digital Camera

6.   DHL Documents Demonstrating Shipment on or about 8/24/04

7.   Alexis Llanos 198 Tremont Street Mail Boxes Etc. Contract

8.   Invoice From Neiman Marcus Regarding Jacket and Boots

9.   Fedex Documents Demonstrating Shipment on or about 10/18/04

10.  Invoice from Amazon Regarding Purchase of Cannon Mini DV Camcorder

11.  Alexis Llanos 1085 Commonwealth Avenue Mail Boxes Etc. Contract

12.  UPS Documents Demonstrating Shipment on or about 10/22/04

1

13. HP Shopping Printout Regarding Purchase of Photosmart Digital Camera

14. Fedex Documents Demonstrating Shipment on or about 10/18/04

15. Alexis Llanos 276 Washington Street Mail Boxes Etc. Contract

16. Invoice from Amazon Regarding Purchase of Sony DV Camcorder

17. UPS Documents Demonstrating Shipment on or about 11/5/04

**Items Recovered from Sharapka's Apartment and from Sharapka**

**100 Series: Countefeit Licenses Recovered from Sharapka**

101-111. Counterfeit Licenses with Defendant's Picture

    101. Louis Cohen, Massachusetts License

    102. Archie Donahue, Massachusetts License

    103. Starskiy Alex, Massachusetts License

    104. Stratton Scott, Massachusetts License

    105. Derek Blair, Massachusetts License

    106. Alexis Llanos, Michigan License

    107. Andrew Schwankoff, Michigan License

    108. Charles Fedler, Texas License

    109. James Fields, Texas License

    110. Stephen Morse, Texas License

    111. Graham, Arizona License

    112-130. Counterfeit Licenses with Pictures of People other than the Defendant

    112. Alan Simons, Texas License

113. Thomas, Taylor, Texas License

114. Greg Strangis, Texas License

115. Timothy Smith, Massachusetts License

116. Chrisopher Ricks, texas License

117. Paul Lee, Texas License

118. Charles Breeson, Georgia License

119. Brian carey, Texas License

120. Arthur Comegno, Texas License

121. Adam Stozieer, Texas License

122. Mathias, Saumus, Massachusetts License

123. Kama Wilson, Massachusetts License

124. Jim Riden, Massachusetts License

125. Michael Donahue, Massachusetts License

126. Brian Carr, Massachusetts License

127. Brian Lee, Texas License

128. Brian Campbell, Texas License

129. Tom Thomas, Massachusetts License

130. Daniel Gallagher, Texas License

**200 Series: Bank Card, Credit Cards, and Reencoded Blank Cards**

201-259.  White Credit Cards with Magnetic Strips

260. Schwankoff BC/BS Card 4223

261. Llanos Mastercard 2774

262. Llanos First National 2831

263. Llanos Visa 3952

264. Llanos Visa 9441

265. Bowen Mastercard 9480

266. Parnell BC/BS 4747

267. Bobrovski Mastercard 5442

268. Pasch Mastercard 4746

269. Fleet Temporary Card 0906

270. Fleet Temporary Card 6591

271. Fleet Temporary Card 0468

272. Fleet Temporary Card 2871

273. Fleet Temporary Card 0450

274. Zaitsev Visa 2029

275. Zaitsev Visa 6152

276. Uskov Mastercard 0935

277. Uskov Visa 8011

278. Bobrovski Visa 2944

279. Bobrovski Visa 1262

280. Volgik Visa 6389

281. Copper Visa 4649

**300 Series: Miscellaneous Papers from Sharapka's Apartment**

301-306  Western Union Receipts

    307-319 Express Mail Labels of Packages from US to Eastern Europe

    320-328 US Postal Service Customs Declarations

    329-340 Form Lease Agreements, Fake Leases; Leases from Mail Boxes Etc. And UPS Store

    340-399 Papers with Identity Information

**400 Series: Boxes, Merchandise and Other Tangible Items From Sharapka**

    401-450 Boxes and Merchandise

    451-458 Netspend cards

**500 Series: Computer Related Equipment**

    501. Computer Seized from Sharapka

    502. Manual Magnetic Swipe Card Reader/Writer

    503. Harddrive from computer

    504-550. Individual documents taken from hard drive

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

Dated: December 2, 2005