UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 12-13-05
By [signature]
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 05-10004-PBS
)
OLEKSIY SHARAPKA )

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS SUPERCEDING INDICTMENT

I, Oleksiy Sharapka, ("Sharapka"), depose and state the following:

1. I am the Defendant in the above-captioned matter.

2. On January 31, 2005, I entered a proffer agreement with the Government while being represented by Attorney George Gormley.

3. I was explained by Mr. Gormley that the Government agreed that if I shared all that I know as to my role and that of others in relation to this case a superceding indictment would not be issued against me.

4. I shared everything I knew in relation to this case over the span of several meetings with the Government based on the belief that a superceding indictment with additional charges would not be filed based on my sharing of such information.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 13th DAY OF December, 2005.

[signature]
Oleksiy Sharapka

1