UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.05-10004-PBS |
| | ) | |
| OLEKSIY SHARAPKA | ) | |

## ASSENTED-TO MOTION TO CONTINUE
## RULE 11 HEARING

Counsel respectfully requests a continuance of the March 13, 2006 rule 11 hearing. As reasons for this request counsel states he is in the process of attempting to reach a global resolution with AUSA Seth Berman which would include additional counts for a similar matter in the United States District Court of Atlanta, Georgia. Assistant U.S. Attorney Seth Berman assents to this request. If the Court were to continue the change of plea, both counsel respectfully suggest either April 17, 20 or 21 as mutually available dates.

Both parties agree that this time period should be deemed excludable in the interests of justice.

Dated:  March 9 2006

Respectfully Requested,
*/S/ Frank Fernandez*
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served this 9th day of March, 2005, via electronic delivery to the Clerks Office of the United States District Court and by mail to those not registered with ECF.

*/S/ Frank Fernandez*
Frank Fernandez