UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                        CRIMINAL ACTION
                                        NO. 05-10004-PBS

    v.

OLEKSIY SHARAPKA

## NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                            March 14, 2006

      At the request of counsel, the Rule11 Hearing previously scheduled for April 25, 2005, has been **rescheduled** to **April 14, 2005, at 3:00 p.m.**

                                                                          By the Court,

                                                                     _/s/ Robert C. Alba_
                                                                     Deputy Clerk

Copies to:  All Counsel

resched.ntc