Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
# DISTRICT OF MASSACHUSETTS

In Open Court
USDC, Mass
Date  5-4-06

UNITED STATES OF AMERICA )
)
v. ) **Criminal No. 05-10004-PBS**
)
**OLEKSIY SHARAPKA** )

## WAIVER OF INDICTMENT

I, **OLEKSIY SHARAPKA**, the above-named defendant, who is accused of six counts of mail fraud in violation of Title 18 U.S.C. § 1341, one count of possession of five or more false identification documents with intent to use them unlawfully in violation of 18 U.S.C. § 1028(a)(3), two counts of possession of fifteen or more unauthorized access devices with intent to defraud in violation of 18 U.S.C. § 1029(a)(3), one count of possession of device making equipment with intent to defraud in violation of 18 U.S.C. § 1029 (a)(4), two counts of aggravated identity theft in violation of 18 U.S.C. § 1028A, and one count of obstruction of justice in violation of 18 U.S.C. § 1503, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on April 14, 2006 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

05.04.2006

OLEKSIY SHARAPKA, Defendant

FRANK FERNANDEZ, Esq
Counsel for the Defendant

Before:

Hon. PATTI B. SARIS
United States District Court Judge