Waiver of Venue

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10004-PBS |
| ) | |
| OLEKSIY SHARAPKA ) | |

## WAIVER OF VENUE

I, **OLEKSIY SHARAPKA**, the above-named defendant, am accused of the following crimes for which venue is proper in the Northern District of Georgia and not in the District of Massachusetts: one count of mail fraud in violation of Title 18 U.S.C. § 1341, one count of possession of fifteen or more unauthorized access devices with intent to defraud in violation of 18 U.S.C. § 1029(a)(3), and one count of obstruction of justice in violation of 18 U.S.C. § 1503. Having been advised of the nature of the charges, Rule of Criminal Procedure 18, and my rights, I hereby state in open court on April 14, 2006 that notwithstanding the provisions of Federal Rule of Criminal Procedure 18 or any other right I have to for these charges to be heard in a court of proper venue, I wish to have these charges disposed of in the District of Massachusetts.

05.04 2006
OLEKSIY SHARAPKA, Defendant

FRANK FERNANDEZ, Esq
Counsel for the Defendant

Before: _____
Hon. PATTI B. SARIS
United States District Court Judge