UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  05-10004-PBS |
| v. | |
| OLEKSIY SHARAPKA | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                       September 14, 2006

      The Sentencing previously scheduled for October 6, 2006, has been **rescheduled** to **October 23, 2006, at 3:00 p.m.**

                                By the Court,

                                 /s/ Robert C. Alba
                                Deputy Clerk

Copies to:  All Counsel

resched.ntc