UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 05-cr-10004 PBS
)
OLEKSIY SHARAPKA )
    Defendant. )

### GOVERNMENT'S PROPOSED SENTENCING EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby submits this Proposed Exhibit List for the Sentencing in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1. Summary Sheet with Total Loss and Restitution Information
2. DVD of Video of Oleksiy Sharapka Apartment
3. BPD Inventory of Items Found in Boston Apartment
4. Receipts and Other Documents Regarding Value of Items Found in Apartment
5. Copy of Counterfeit Driver's Licenses Found in Boston Apartment
6. Spreadsheet of 468 Credit Cards from Boston Computer
7. FBI 302 with Spreadsheet of Orders Found on Boston Computer
8. FBI 302 with Spreadsheet of Credit Cards with Credit Limits on Boston Computer
9. Fraudulent Driver's License and Credit Cards from Atlanta
10. Documents Relating to the Consent to Search and Seize Atlanta Computer
11. Spreadsheet of 40 Credit Cards Found on Atlanta Computer

12. Spreadsheet of 120 Credit Cards numbers Encoded on Cards in Atlanta Apartment

13. Spreadsheet of Loss from American Express Cards Linked to Atlanta Fraud

14. Mail Boxes Etc. Contracts

15. List of Fraudulently Purchased Items Seized in Atlanta with Values

16. Documents Found on Defendant's Atlanta Computer

17. Certificate of Origin for Nissan Murano 1

18. Certificate of Origin for Nissan Murano 2

19. Certificate of Origin for Infiniti FX35

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

Dated:  October 23 , 2006