AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States of America
V.
Oleksiy Sharapka

**EXHIBIT** ~~████~~ **LIST**

Case Number: 05-CR-10004

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Seth Berman | Frank Fernandes |
| TRIAL DATE (S) 10/23/06, 10/24, 10-25 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/23/06 | ✓ | ✓ | SUMMARY SHEET - TOTAL LOSS AND RESTITUTION |
| 17 | | 10/23/06 | | ✓ | TITLE - NISSAN MURANO |
| 18 | | 10/23/06 | | ✓ | TITLE - NISSAN MURANO |
| 19 | | 10/23/06 | | ✓ | TITLE - INFINITY FX 35 |
| 15 | | 10/23/06 | | ✓ | LIST OF FRAUDULENTLY PURCHASED ITEMS SEIZED IN ATLANTA |
| 9 | | 10/23/06 | | ✓ | COPY OF PHOTOGRAPH OF DRIVERS LICENSE AND CREDIT CARDS |
| 10 | | 10/23/06 | ✓ | ✓ | DOCUMENTS RELATING TO CONSENT TO SEARCH AND SEIZE ATLANTA COMPUTER |
| 16 | | 10/23/06 | ✓ | ✓ | DOCUMENTS FOUND ON DEFENDANT'S ATLANTA COMPUTER |
| 11 | | 10/23/06 | ✓ | ✓ | SPREADSHEET OF 40 CREDIT CARDS FOUND ON ATLANTA COMPUTER |
| 12 | | 10/23/06 | ✓ | ✓ | SPREADSHEET - 120 CREDIT CARD NUMBERS ENCODED ON CREDIT CARDS IN ATLANTA APARTMENT |
| 13 | | 10/23/06 | ✓ | ✓ | SPREADSHEET - LOSS FROM AMEX EXPRESS CARDS LINKED TO ATLANTA FRAUD |
| 2 | | 10/24/06 | | ✓ | ~~DVD~~ VIDEO OF SHARAPKA'S APARTMENT |
| 3 | | 10/24/06 | ✓ | ✓ | BPD INVENTORY OF ITEMS FOUND IN BOSTON APARTMENT |
| 3A | | 10/24/06 | ✓ | ✓ | SPREADSHEET RE: EXHIBIT 3 |
| 5 | | 10/24/06 | ✓ | ✓ | COPY OF COUNTERFEIT DRIVERS LICENSES FOUND IN BOSTON APARTMENT |
| 14 | | 10/24/06 | ✓ | ✓ | MAILBOX ETC. CONTRACTS |
| 6 | | 10/24/06 | ✓ | ✓ | SPREADSHEET OF 468 CREDIT CARDS FROM BOSTON COMPUTER |
| 8 | | 10/24/06 | ✓ | ✓ | FBI 302 W/ SPREADSHEET OF CREDIT CARDS W/ CREDIT LIMITS ON BOSTON COMPUTER |
| 7 | | 10/24/06 | ✓ | ✓ | FBI 302 W/ SPREADSHEET OF ORDERS FOUND ON BOSTON COMPUTER |
| | 1 | 10/24/06 | ✓ | ✓ | LIST RE: FILES LINKED TO SHARAPKA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages