AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   Massachusetts

| United States of America | WITNESS LIST |
|---|---|
| V. | |
| Oleksiy Sharapka | Case Number: 05-CR-10004 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Seth Berman | Frank Fernandes |
| TRIAL DATE (S) 10/23/06, 10/24, 10/25 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/23/06 | | | BENEDICT MURRAY |
| 2 | | 10/24/06 | | | CHRISTOPHER A. GEARY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages