**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA  )
                          )
                          )
v.                        )           Criminal No.  05-cr-1004-PBS
                          )
OLEKSIY SHARAPKA          )
```

## NOTICE OF APPEAL

Now comes the Defendant, Oleksiy Sharapka, and hereby notifies the Court of his appeal of the Courts findings and rulings pertaining to this action including but not limited to issues arising from the Rule 11 and sentencing hearing. Defendant was sentenced on October 25, 2006.

Dated: October 31, 2006          Respectfully Submitted,
                                 Oleksiy Sharapka
                                 By his Attorney,


                                 /S/ Frank Fernandez
                                 Frank Fernandez
                                 DENNER Pellegrino LLP
                                 Four Longfellow Place, 35th Floor
                                 Boston MA 02114
                                 617-227-2800

### CERTIFICATE OF SERVICE

I Frank Fernandez., Esq. hereby certify that I have served a copy of the within Notice of Appeal through the ECF Court filing system. All interested parties not registered on the ECF system will receive a hard copy by mail.


                                 /S/ Frank Fernandez
                                 Francisco J. Fernandez