

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR-05-10004-PBS |
|---|---|
| DEFENDANT<br>Oleksiy Sharapka (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Christie M. Charles |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>George F. Gormley, P.C., 755 East Broadway, 3rd Floor, South Boston, MA 02127 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-referenced individual via certified mail, return receipt requested.
CATS ID 05-USS-000237, 05-USS-000238,05-USS-000239, 05-USS-000240, 05-USS-000241, 05-USS-000242, AND 05-USS-00024                                              JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff [ ]Defendant<br><br>Kristina E. Barclay, Assistant U.S. Attorney | Telephone No<br>(617) 748-3100 | Date<br>Aug 3, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date 8/8/06 |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No _____ | District to Serve No. _____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above. | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>9/25/06 | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>PM Valerie Modes USDD | | |

REMARKS: Seizure # 102-06-006
Christie M. Charles was served the Preliminary Order of Forfeiture, via certified mail, on 9/25/2006.

TD F 90-22.48 (6/96)

□ RETURN TO COURT    □ FOR CASE FILE    □ LEAVE AT PLACE OF SERVICE    □ FILE COPY