

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10004-PBS |
|---|---|
| DEFENDANT<br>Oleksiy Sharapka (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Miscellaneous Clothing |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
PLEASE SEIZE AND MAINTAIN CUSTODY OF THE ABOVE REFERENCED PROPERTY IN ACCORDANCE WITH THE ATTACHED PRELIMINARY ORDER OF FORFEITURE AND APPLICABLE LAW.
CATS ID 05-USS-000242                                           JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff<br>[ ] Defendant<br>Kristina E. Barclay, Assistant U.S. Attorney | Telephone No.<br>(617) 748-3100 | Date<br>Aug 3, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: *Sandra R. Kerwin* | | Date 8/8/06 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. *MA* | District to Serve No. *MA* | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *S Kerwin* | Date 8/8/06 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>7/14/06 | Time of Service<br>11:00 | [X] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>*S Kerwin, CRS-USSS-DHS* | | |

REMARKS: Seizure #102-06-006
Listed Property taken into USSS custody.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY