UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.05-10004-PBS |
| | ) | |
| OLEKSIY SHARAPKA | ) | |

MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Defendant, Oleksiy Sharapka, has requested undersigned counsel to file this motion to withdraw as his counsel and to request the Court appoint him new counsel to represent him related to restitution and any other matters which remain in his case. Mr. Sharapka cites "an irreconcilable breakdown in the attorney-client relationship" and "breakdown in communication" as reasons for this request.

Dated: November 15, 2006

Respectfully Requested,
/S/ Frank Fernandez
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served this 15th day of November, 2006, via electronic delivery to the Clerks Office of the United States District Court and by mail to those not registered with ECF.

/S/ Frank Fernandez
Frank Fernandez