

U.S. Department of Justice

Federal Bureau of Prisons

FILED
CLERKS OFFICE

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

2006 DEC -1  P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 22, 2006

The Honorable Patti B. Saris
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re:  SHARAPKA, Oleksiy**
      Reg. No. 56025-019
      Docket No. 1:05CR10004-01-PBS

Dear Judge Saris:

   This is in response to the Court's recommendation that Oleksiy Sharapka serve his term of confinement at the Devens Federal Medical Center in Ayer, Massachusetts. Mr. Sharapka was recently sentenced in your court to a 121-month term for Mail Fraud, Possession of Fraudulent Identity Theft Documents, Identity Theft, and Obstruction of Justice.

   Unfortunately, we were unable to follow the Court's recommendation. Based upon his medical classification, Mr. Sharapka is not appropriate for the Devens facility. Accordingly, Mr. Sharapka has been designated to the Allenwood low security level facility in White Deer, Pennsylvania, where he will receive appropriate health care services.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

fbk
cc:  Warden, FCI Allenwood (Low)