

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

102-06-006

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10004-PBS |
|---|---|
| DEFENDANT<br>Oleksiy Sharapka (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
Please publish a copy of the attached Notice of Forfeiture at least once per week for three successive weeks in the Boston Herald or any other newspaper having a general circulation in this District, in accordance with the attached Preliminary Order of Forfeiture and applicable law
CATS ID 05-USS-000237, 05-USS-000238, 05-USS-000239, 05-USS-000240, 05-USS-000241, 05-USS-000242, AND 05-USS-000243
JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [X]Plaintiff<br>[ ]Defendant<br>Kristina E. Barclay, Assistant U.S. Attorney | Telephone No.<br>(617) 748-3100 | Date<br>Aug 3, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date<br>8/8/06 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: Darlene L. Parker | Date<br>9-21-06 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [XX] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>11/17/2006 | Time of Service<br>4:25 | [ ] AM<br>[XX] PM |
| | Signature, Title and Treasury Agency<br>PM Valerie Rhodes USSS | | |

REMARKS: Seizure # 102-06-006

Notice was published in the Boston Herald newspaper on September 28, 2006 and on October 5, 12, 2006, as requested.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT  ☐ FOR CASE FILE  ☐ LEAVE AT PLACE OF SERVICE  ☐ FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this __2nd__ day of __November__ A.D. 20_06_ personally appeared before the undersigned, a Notary Public, within and for the said county, __Barbara Lundbohm__ of the __Boston Herald__ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the __Criminal Case No. 05-10004-PBS Legal__ advertisement was published in said newspaper in its issues of

__9/28, 10/5, 10/12__ A.D. 20_06_

_Barbara Lundbohm_ (signature)

Subscribed and sworn to before me this __2nd__ day of __November__ A.D. 20_06_

_____
Notary Public

"Notary Public"
Regina Munroe
Commonwealth of Massachusetts
My Commission Expires on March 30, 2012

---

**DISTRICT OF MASSACHUSETTS**
**NOTICE OF ORDER OF FORFEITURE**
Criminal Case No. 05-10004-PBS
United States of America, District of Massachusetts, at Boston, Massachusetts.

Notice is hereby given that: on July 27, 2006, a Preliminary Order of Forfeiture was entered, pursuant to 21 U.S.C. §853, by the United States District Court against Defendant, Oleksiy Sharapka, for interest in the following property: $15,680 in United States Currency; an HP pavilion laptop computer, model ZX5280US, serial number 1ND4260DCC; a Magistic Card Writer, model A0095321; various computer equipment; various digital cameras; Miscellaneous Banker Men's Franck Muller 1996 Master Watch 5850; as well as other items that had been purchased online and shipped to addresses in Georgia and Massachusetts (collectively the "Property").

Pursuant to the provisions set forth in 21 U.S.C. §853(n) (2) and (3), any person, other than the Defendant, asserting a legal interest in any of the assets set forth above within thirty (30) days of the final publication of this notice or that person's receipt of direct written notice, whichever is earlier, must file a petition with the United States District Court in the District of Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the assets, and enter the penalty of perjury, setting forth the nature and extent of the petitioner's right, title, or interest in the assets, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the assets, any additional facts supporting the petitioner's claim, and the relief sought. The petition must be served upon the Assets Forfeiture Unit, U.S. Attorney's Office, Courthouse Way, Suite 9200, Boston, Massachusetts, Attention: Asset Forfeiture Unit, within the thirty (30) day period provided under 21 U.S.C. §853(n).

Upon adjudication of all third party interests, the Court will enter a final order of forfeiture in which all such interests will be addressed at that time, the United States of America intends to dispose of the above-described assets in accordance with law.

Mark J. Sullivan, Director
United States Secret Service
Sep 28, Oct 5, 12