UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>OLEKSIY SHARAPKA ) | CRIMINAL NO. 05-10004-PBS |

NOTICE OF APPEARANCE

TO:   The Clerk of the Court

Please enter my appearance in this matter on behalf of defendant Oleksiy Sharapka.

/ S /  Peter B. Krupp

Dated:  January 11, 2007

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel:  617-367-1970

Attorney for Oleksiy Sharapka

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 11, 2007.

/ S /  Peter B. Krupp

Peter B. Krupp