UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10004-PBS |
| | ) | |
| OLEKSIY SHARAPKA | ) | |

ASSENTED-TO MOTION
TO CONTINUE RESTITUTION HEARING

Defendant Oleksiy Sharapka moves the Court to continue the restitution hearing now scheduled for January 22, 2007 to a date after February 26, 2007. In support of this motion, Mr. Sharapka states as follows:

There was a breakdown in relations between Mr. Sharapka and his prior counsel, Francisco Fernandez. In November 2006, Mr. Fernandez moved for leave to withdraw as counsel for Mr. Sharapka. The Court denied Mr. Fernandez' motion without prejudice. Mr. Sharapka has now retained the undersigned to represent him in the remaining portion of this matter and on appeal.

This matter is scheduled for a hearing on restitution on January 22, 2007 at 2:30 p.m. The undersigned requires additional time to prepare for the restitution hearing. In addition, the undersigned has a prior work commitment, requiring him to travel to Missouri on the afternoon of January 22, 2007, in conflict with the scheduled restitution hearing.

The government, by Assistant United States Attorney Seth P. Berman, assents to this motion.

For these reasons, Mr. Sharapka moves the Court to continue the restitution hearing to a date at the Court's convenience after February 26, 2007.

OLEKSIY SHARAPKA
By his attorney,

/ S /  Peter B. Krupp

Dated:  January 11, 2007

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel:  617-367-1970

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 11, 2007.

/ S /  Peter B. Krupp

Peter B. Krupp