

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10004-PBS |
|---|---|
| DEFENDANT<br>Oleksiy Sharapka (Defendant) | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
One Magnetic Card Writer, Model No. MSR206-3HL, Serial No. A009524

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
Please dispose of the above-referenced asset pursuant to the attached Final Order of Forfeiture and applicable law.
JLJ xt 3297

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant
Kristina E. Barclay, Assistant U.S. Attorney

Telephone No. (617) 748-3100

Date Apr 13, 2007

SIGNATURE OF PERSON ACCEPTING PROCESS:

Date 4/17/07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. No. ___ | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service | Time of Service | [ ] AM [ ] PM

Signature, Title and Treasury Agency

REMARKS:

Magnetic Card Writer, Model No. MSR206-3HL, Serial No. A009524 was destroyed on September 4, 2007.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT  [ ] FOR CASE FILE  [ ] LEAVE AT PLACE OF SERVICE  [ ] FILE COPY

*(handwritten left margin: Suzuki #103-06-006)*