

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10004-PBS |
|---|---|
| DEFENDANT<br>Oleksiy Sharapka (Defendant) | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**Various Computer Equipment**

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced asset pursuant to the attached Final Order of Forfeiture and applicable law.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant<br>*Kristina E. Barclay / JLJ*<br>Kristina E. Barclay, Assistant U.S. Attorney | Telephone No.<br>(617) 748-3100 | Date<br>Apr 19, 2007 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS:<br>*Sandra L Kirwin* | | Date<br>4/23/07 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. MA | District to Serve No. MA | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER<br>*Sandra L Kirwin* | Date<br>4/26/07 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>4/26/07 | Time of Service<br>2:00 | [ ] AM<br>[X] PM |
| | Signature, Title and Treasury Agency<br>CRS *Sandra L Kirwin* USSS | | |
| REMARKS: Dispo via Boston PD and sale via auction | | | |

TD F 90-22.48 (6/96)

*Seizure # 105-06-006*

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

Attachment 1 of 1<br>
Seizure #102-06-006

**Remarks:**

Compaq Pasario X1480US Laptop
Dell Inspiron Laptop
Dell Inspiron Laptop
Dell Inspiron XPS Laptop
Dell Inspiron XPS Laptop
Fujitsu Lifebook Laptop
HP Compaq NC4010 Computer
HP Compaq NC6000 Computer
HP Compaq NC6000 Computer
HP NC6000 Laptop
HP NC6000 Laptop
HP Pavilion 4800 Laptop
HP Pavilion DV1040US
HP Pavilion Laptop
HP Pavilion ZD7202US Computer
HP Pavilion ZV5000 Laptop
HP Pavilion ZV5220US Computer
HP Pavilion ZV5240US Computer
HP Pavilion ZV5330US Computer
IBM 2378FZU Computer
IBM 2378FZU Computer
Sony Vaio Mdl PCG-8R4L

**All of the above listed assets were transferred to the Boston, MA Police Department for Equitable Sharing on 04/26/2006.**