

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-05-10004-PBS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Oleksiy Sharapka (Defendant) | FINAL ORDER OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Various Digital Cameras

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced asset pursuant to the attached Final Order of Forfeiture and applicable law.

JLJ xt 3297

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant
*Kristina E. Barclay / JLJ*
Kristina E. Barclay, Assistant U.S. Attorney

Telephone No. (617) 748-3100

Date Apr 19, 2007

SIGNATURE OF PERSON ACCEPTING PROCESS: *Sandra L Kirwin*

Date 4/23/07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. MA | District to Serve No. MA | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *Sandra L Kirwin* | Date 4/26/07 |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service 4/26/07

Time of Service 2:00 [ ] AM [X] PM

Signature, Title and Treasury Agency
CR5 *Sandra L Kirwin* USSS

REMARKS: Sharing was accomplished with Boston PD and USPIS as well as USSS official use (see attached)

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

SEIZURE # 105-06-006

Attachment 1 of 2
Seizure #102-06-006

**Remarks:**
Canon Camcorder
Canon Digital Camera
Canon Digital Camera
Canon Digital Camera
Canon Digital Camera
Fuji Camera
Konica Digital Camera
Olympus Zoom Camera
Olympus Digital Camera
Olympus Digital Camera
Olympus Digital Camera
Olympus Digital Camera
Olympus Digital Camera
Panasonic Digital Camera
Sea & Sea Camera
Sony Digital Camera
Sony Digital Camera
Sony Digital Camera
Sony Digital Camera

All of the above listed Assets were Transferred to the Boston, MA Police Department for Equitable Sharing on 04/26/2006.


Sony Mini Camcorder

Above listed Asset was Retained by the Boston for Official Use on 10/24/2006.


Canon Powershot Digital Camera
Kodak Easy Share Digital Camera
Empty Camera Box
Sony Cybershot Camera
Compact Flash for Camera (4)
Canon Digital Video Recorder

All of the above listed Assets were Transferred to the US Postal Inspection Service for Equitable Sharing on 4/26/06.

Olympus Digital Camera

Canon Powershot Digital Camera Kodak Easy Share Digital Camera (6) Kodak Easy Share Zoom Digital Camera (2) Konika Minolta Dimage Digital Camera (2) Hewlett Packard Photosmart Digital Camera (2) Casio Digital Camera (2)

Fuji Film Digital Camera

Sony Digital Camera

Canon Video Camcorders (2)

Canon Camcorder

JVC Camcorder

Nikon Camera

Konika Milton Digital Camera

Canon Digital Camera

All of the above listed Assets were Transferred to the Roswell, Georgia Police Department for Equitable Sharing on 12/20/2006