**MANDATE** **United States Court of Appeals**
**For the First Circuit**

*[handwritten: 05-10004 USDC MA Saris, P.]*

No. 06-2715

UNITED STATES,

Appellee,

v.

OLEKSIY SHARAPKA,

Defendant, Appellant.

**JUDGMENT**

Entered: May 22, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Oleksiy Sharapka's sentence is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 6/16/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Krupp, Ms. Chaitowitz, Mr. Auerhahn & Ms Bookbinder.